UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>P A RISENHOOVER,<br><br>    Defendant. | Case No. 4:15-cv-03067-KAW<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 92 & 93 |

On September 27, 2017, the Court appointed counsel for Plaintiff Lafonzo R. Turner for the limited purpose of litigating the claim that P.A. Risenhoover was deliberately indifferent to Plaintiff's serious medical need for orthopedic shoes. (Dkt. No. 93.) The Court also issued a stay for four weeks. As four weeks have passed, the Court LIFTS the stay and sets a case management conference for **January 30, 2018** at 1:30 p.m. The joint case management conference statement is due on January 23, 2018.

IT IS SO ORDERED.

Dated: November 3, 2017

                                                KANDIS A. WESTMORE<br>
                                                United States Magistrate Judge