1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ZEWUGEBERHAN DESTA
   Deputy Attorney General
4  State Bar No. 288380
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 510-3565
6    Fax: (415) 703-5843
     E-mail: Zewugeberhan.Desta@doj.ca.gov
7  *Attorneys for Defendant*
   *S. Risenhoover*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAFONZO R. TURNER,** <br><br> Plaintiff, <br><br> v. <br><br> **M. CATES, et al.,** <br><br> Defendants. | C 15-03067-KAW (PR) <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) <br><br> Judge: The Honorable Kandis A. Westmore <br> Action Filed: January 7, 2015 |

Plaintiff Lafonzo Turner hereby dismisses with prejudice all claims and defendants in this matter. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

///

1

Each party shall bear his own attorney's fees and litigation costs.

It is so stipulated.

Dated: 3/21/18    By: /s/ Wayne Stacy
Ariel D. House
Baker Botts LLP
Attorney for Plaintiff Lafonzo Turner

Dated: 3/21/2018   By: /s/
Zewugeberhan, Deputy Attorney General
Attorney for Defendant Risenhoover

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 4/5/18    /s/ Kandis Westmore
Hon. Kandis A. Westmore
U.S. Magistrate Judge

SF2015402728
21081969.docx